IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DARYL L. MOORMAN
STEVEN M. DYMOND,
On their own behalf and on behalf of all
others similarly situated,

        Plaintiffs,

                                            Case No.: 18-cv-820

v.

CHARTER COMMUNICATIONS, INC.,
CHARTER COMMUNICATIONS, LLC,
SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,
TWC ADMINISTRATION, LLC

        Defendants.
_____

**RULE 41(a)(1) STIPULATION OF DISMISSAL**
_____

The parties, by their undersigned counsel, stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss the present action as follows:

The parties to this lawsuit, by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice, with each party to bear his or its own fees and costs

Dated this 15th day of November, 2019.

| | |
|---|---|
| s/ *Michael J. Modl* | s/ *Margaret Allen* |
| Michael J. Modl | Margaret Allen |
| Heath P. Straka | **SIDLEY AUSTIN, LLP** |
| **AXLEY BRYNELSON, LLP** | 2021 McKinney Avenue, Suite 2000 |
| 2 E. Mifflin Street, Suite 200 | Dallas, TX 75201 |
| Madison, WI 53703 | Tel: (214) 969-3506 |
| Tel: (608) 257-5661 | Margaret.allen@sidley.com |
| Fax: (608) 257-5444 | |
| mmodl@axley.com | |
| hstraka@axley.com | |

2

s/ *Robert J. Gingras*
Robert J. Gingras
**GINGRAS, THOMSEN & WACHS**
8150 Excelsior Drive
Madison, WI 53717
Tel:  (608) 833-2632
Fax:  (608) 833- 2874
gingras@gtwlawyers.com

s/ *Kendall W. Harrison*
Kendall W.  Harrison
Allison W. Reimann
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI 53701
Tel: (608) 284-2277
Fax: (608) 257-0609
kharrison@gklaw.com
areimann@gklaw.com